**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marie D. Lang<br>    aka Marie Dorothy Lang<br>John P. Lang Jr.<br>    aka John Powell Lang, Jr.<br><br>        <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 19-15699 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                          Respectfully submitted,
                          **/s/ Kevin G. McDonald, Esq.**
                          Kevin G. McDonald, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322