**Fill in this information to identify your case:**

Debtor 1 __John__ __P.__ __Lang Jr.__
         First Name   Middle Name   Last Name

Debtor 2 __Marie__ __D.__ __Lang__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number __19-15699-ELF__
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ John P. Lang Jr.                    ✗ /s/ Marie D. Lang
Signature of Debtor 1                     Signature of Debtor 2

Date __09/25/2019__                        Date __09/25/2019__
     MM / DD / YYYY                              MM / DD / YYYY

**pdf**

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**