**John P Lang**

| Company | Period Begin | Division |
|---|---|---|
| 2121TRUST | 9/8/2019 | 100 |
| Number | Period End | Branch |
| 63 | 9/21/2019 | 20 |
| Social Security # | Check Number | Department |
| XXX-XX-7128 | -99911566 | |
| Hire Date | Check Date | Team |
| 3/16/2009 | 9/26/2019 | |

Mark 1 Restoration Service, In
311 New Albany Road
Moorestown, NJ 08057  856-764-9700

Fed OR addl $100.00
DG Balance Paid $1208.18

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Commission | | | | | 21824.66 |
| Salary | | 0.00 | 0.00 | 3846.16 | 76923.20 |
| Memos | | | | | |
| 401K ER Match | | | 0.00 | 115.38 | 2962.34 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (3454.16) | 445.11 | 10994.91 |
| OASDI (3684.93) | 228.47 | 5912.97 |
| Medicare (3684.93) | 53.43 | 1382.83 |
| PA (SM/3) (3684.93) | 113.13 | 2927.87 |
| NJ EE SUI(34400.00) | | 232.20 |
| Northampton TWP(3684.93) | 36.85 | 953.72 |
| Pretax Health Insurance | 161.23 | 3377.74 |
| 401K EE | 230.77 | 5924.89 |
| 401K Loan | 154.73 | 3094.60 |
| 401K Loan 2 | 172.98 | 3459.60 |
| Garnishment | | 1208.18 |
| Misc Deduction | | 100.00 |
| Net Checking 22559XXXX | 2249.46 | 59178.35 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 0.00 | 3846.16 | 98747.86 |
| **NET PAY** | 2249.46 | Total Direct Deposits | | 2249.46 | |
| | | Total Deductions | | 3846.16 | 98747.86 |
| | | Check Amount | | 0.00 | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Mark 1 Restoration Service, Inc.**
311 New Albany Road
Moorestown, NJ 08057

TD Bank    55-136
100 Haddon Avenue, Haddonfield, NJ  312

**Check Date 9/26/2019**    **Check Number Memo**

**Pay** *No Dollars and No Cents*    $***********

**To the Order of:**
100    20        63    -99911566
**John P Lang**    NON NEGOTIABLE
33 Meer Drive
Langhorne, PA 19053

PAY ONLY

Authorized Signature

**John P Lang**

Mark 1 Restoration Service, In
311 New Albany Road
Moorestown, NJ 08057  856-764-9700

| Company | Period Begin | Division |
|---|---|---|
| 2121TRUST | 9/22/2019 | 100 |
| Number | Period End | Branch |
| 63 | 10/5/2019 | 20 |
| Social Security # | Check Number | Department |
| XXX-XX-7128 | -99910850 | |
| Hire Date | Check Date | Team |
| 3/16/2009 | 10/10/2019 | |

Fed OR addl $100.00
DG Balance Paid $1208.18

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Commission | | | | | 21824.66 |
| Personal | | 0.00 | 8.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 3846.16 | 80769.36 |
| Memos | | | | | |
| 401K ER Match | | | 0.00 | 115.38 | 3077.72 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (3454.16) | 445.11 | 11440.02 |
| OASDI (3684.93) | 228.47 | 6141.44 |
| Medicare (3684.93) | 53.43 | 1436.26 |
| PA (SM/3) (3684.93) | 113.13 | 3041.00 |
| NJ EE SUI(34400.00) | | 232.20 |
| Northampton TWP(3684.93) | 36.85 | 990.57 |
| Pretax Health Insurance | 161.23 | 3538.97 |
| 401K EE | 230.77 | 6155.66 |
| 401K Loan | 154.73 | 3249.33 |
| 401K Loan 2 | 172.98 | 3632.58 |
| Garnishment | | 1208.18 |
| Misc Deduction | | 100.00 |
| Net Checking 22559XXXX | 2249.46 | 61427.81 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 8.00 | 3846.16 | 102594.02 |
| NET PAY | | 2249.46 | Total Direct Deposits | 2249.46 | |

| Total Deductions | 3846.16 | 102594.02 |
|---|---|---|
| Check Amount | 0.00 | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Mark 1 Restoration Service, Inc.**
311 New Albany Road
Moorestown, NJ 08057

TD Bank    55-136
100 Haddon Avenue, Haddonfield, NJ    312

**Check Date 10/10/2019**    **Check Number Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
100    20
63    -99910850
**John P Lang**
33 Meer Drive
Langhorne, PA 19053

PAY ONLY 00 CTS CTS

NON NEGOTIABLE

Authorized Signature

**John P Lang**

Mark 1 Restoration Service, In
311 New Albany Road
Moorestown, NJ 08057 856-764-9700

| Company | Period Begin | Division |
|---|---|---|
| 2121TRUST | 10/6/2019 | 100 |
| Number | Period End | Branch |
| 63 | 10/19/2019 | 20 |
| Social Security # | Check Number | Department |
| XXX-XX-7128 | -99910420 | |
| Hire Date | Check Date | Team |
| 3/16/2009 | 10/24/2019 | |

Fed OR addl $100.00
DG Balance Paid $1208.18

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Commission | | 0.00 | 0.00 | 3886.90 | 25711.56 |
| Salary | | | | | 84615.52 |
| Memos | | | | | |
| 401K ER Match | | | 0.00 | 116.61 | 3309.71 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (3653.69) | 485.39 | 12370.52 |
| OASDI (3886.90) | 240.99 | 6610.90 |
| Medicare (3886.90) | 56.36 | 1546.05 |
| PA (SM/3) (3886.90) | 119.33 | 3273.46 |
| NJ EE SUI(34400.00) | | 232.20 |
| Northampton TWP(3886.90) | 38.87 | 1066.29 |
| Pretax Health Insurance | | 3700.20 |
| 401K EE | 233.21 | 6619.64 |
| 401K Loan | | 3404.06 |
| 401K Loan 2 | | 3805.56 |
| Garnishment | | 1208.18 |
| Misc Deduction | | 100.00 |
| Net Checking 22559XXXX | 2712.75 | 66390.02 |

| | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|
| Total Earnings | 0.00 3886.90 | 110327.08 | Total Deductions | 3886.90 | 110327.08 |
| **NET PAY** 2712.75 | Total Direct Deposits | 2712.75 | **Check Amount** | 0.00 | 0.00 |

------- REMOVE DOCUMENT ALONG THIS PERFORATION -------

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back

**Mark 1 Restoration Service, Inc.**
311 New Albany Road
Moorestown, NJ 08057

TD Bank         55-136
100 Haddon Avenue, Haddonfield, NJ   312

**Check Date 10/24/2019**    **Check Number Memo**

**Pay** *No Dollars and No Cents*

$************

**To the Order of:**
100     20      63    -99910420
**John P Lang**         NON NEGOTIABLE
33 Meer Drive
Langhorne, PA 19053

PAY ONLY

Authorized Signature

**John P Lang**

| Company | Period Begin | Division | | Mark 1 Restoration Service, In | 311 New Albany Road |
|---|---|---|---|---|---|
| 2121TRUST | 10/6/2019 | 100 | | Fed OR addl $100.00 | Moorestown, NJ 08057 856-764-9700 |
| Number | Period End | Branch | | DG Balance Paid $1208.18 | |
| 63 | 10/19/2019 | 20 | | | |
| Social Security # | Check Number | Department | | | |
| XXX-XX-7128 | -99910421 | | | | |
| Hire Date | Check Date | Team | | | |
| 3/16/2009 | 10/24/2019 | | | | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Commission | | | | | 25711.56 |
| Personal | | 0.00 | 16.00 | 0.00 | 0.00 |
| Salary | | 0.00 | 0.00 | 3846.16 | 84615.52 |
| Memos | | | | | |
| 401K ER Match | | | 0.00 | 115.38 | 3309.71 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0)  (3454.16) | 445.11 | 12370.52 |
| OASDI (3684.93) | 228.47 | 6610.90 |
| Medicare (3684.93) | 53.43 | 1546.05 |
| PA (SM/3)  (3684.93) | 113.13 | 3273.46 |
| NJ EE SUI(34400.00) | | 232.20 |
| Northampton TWP(3684.93) | 36.85 | 1066.29 |
| Pretax Health Insurance | 161.23 | 3700.20 |
| 401K EE | 230.77 | 6619.64 |
| 401K Loan | 154.73 | 3404.06 |
| 401K Loan 2 | 172.98 | 3805.56 |
| Garnishment | | 1208.18 |
| Misc Deduction | | 100.00 |
| Net Checking 22559XXXX | 2249.46 | 66390.02 |

| | | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 16.00 | 3846.16 | 110327.08 | Total Deductions | 3846.16 | 110327.08 |
| NET PAY | | 2249.46 | Total Direct Deposits | | 2249.46 | Check Amount | 0.00 | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Mark 1 Restoration Service, Inc.**
311 New Albany Road
Moorestown, NJ 08057

TD Bank    55-136
100 Haddon Avenue, Haddonfield, NJ    312

**Check Date 10/24/2019**    **Check Number Memo**

Pay  *No Dollars and No Cents*    $ * * * * * * * * * * * *

**To the Order of:**
100    20    63    -99910421
**John P Lang**    NON NEGOTIABLE
33 Meer Drive
Langhorne, PA 19053

PAY ONLY .00 CTS

Authorized Signature

**John P Lang**

| Company | Period Begin | Division |
|---|---|---|
| 2121TRUST | 10/20/2019 | 100 |
| Number | Period End | Branch |
| 63 | 11/2/2019 | 20 |
| Social Security # | Check Number | Department |
| XXX-XX-7128 | -99910006 | |
| Hire Date | Check Date | Team |
| 3/16/2009 | 11/7/2019 | |

Mark 1 Restoration Service, In
311 New Albany Road
Moorestown, NJ 08057  856-764-9700

Fed OR addl $100.00
DG Balance Paid $1208.18

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Commission | | | | | 25711.56 |
| Salary | | 0.00 | 0.00 | 3846.16 | 88461.68 |
| Memos | | | | | |
| 401K ER Match | | | 0.00 | 115.38 | 3425.09 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (3454.16) | 445.11 | 12815.63 |
| OASDI (3684.93) | 228.47 | 6839.37 |
| Medicare (3684.93) | 53.43 | 1599.48 |
| PA (SM/3) (3684.93) | 113.13 | 3386.59 |
| NJ EE SUI(34400.00) | | 232.20 |
| Northampton TWP(0.00) | | 1066.29 |
| Pretax Health Insurance | 161.23 | 3861.43 |
| 401K EE | 230.77 | 6850.41 |
| 401K Loan | 154.73 | 3558.79 |
| 401K Loan 2 | 172.98 | 3978.54 |
| Garnishment | | 1208.18 |
| Misc Deduction | | 100.00 |
| Net Checking 22559XXXX | 2286.31 | 68676.33 |

| | | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 0.00 | 3846.16 | 114173.24 | Total Deductions | 3846.16 | 114173.24 |
| **NET PAY** | | 2286.31 | Total Direct Deposits | | 2286.31 | **Check Amount** | 0.00 | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Mark 1 Restoration Service, Inc.**
311 New Albany Road
Moorestown, NJ 08057

TD Bank   55-136
100 Haddon Avenue, Haddonfield, NJ   312

Check Date 11/7/2019    Check Number Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
100    20
**John P Lang**
3601 Sterling Road
Yardley, PA 19067

63    -99910006
PAY ONLY
NON NEGOTIABLE

Authorized Signature