UltiPro by ULTIMATE SOFTWARE

Chandler Hall Health Services Inc
99 Barclay Street
Newtown, PA 18940
215-497-0905

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/08/2019 |
| Period End Date | 09/21/2019 |
| Pay Date | 09/27/2019 |
| Document | 10430 |
| Net Pay | $2,992.17 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Marie Lang | Employee Number | 007354 | Pay Group | Chandler Hall Pay Group | Federal Income Tax | M | 0 |
| 33 Meer Dr | SSN | XXX-XX-XXXX | Location | Newtown PA | Additional Federal Income Tax | | $100.00 |
| Northampton Twp, PA 19053 | Job | Dir Nursing | Division | CNHDI - Chandler Hall | PA State Income Tax (Residence) | S | 0 |
| USA | Pay Rate | $57.6923 | Department | HS - Health Services | PA State Income Tax (Work) | S | 0 |
| | Pay Frequency | Biweekly | Area-Service | SKLAS - Skilled Nursing | | | |
| | | | Unit | GENRUN - General / No Unit | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | | | $15.92 | $318.40 |
| PTO | 0.0000 | $0.0000 | $0.00 | $9,951.91 |
| Regular | 80.0000 | $57.6923 | $4,615.38 | $82,355.75 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k | Yes | $276.92 | $5,538.40 | $34.62 | $692.40 |
| Dental High | Yes | $53.66 | $1,073.20 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $15.92 | $318.40 | $0.00 | $0.00 |
| Medical | Yes | $175.00 | $2,975.00 | $495.11 | $10,427.20 |
| Vision | Yes | $12.49 | $249.80 | $0.00 | $0.00 |
| GTL and AD&D 2X | No | $0.00 | $0.00 | $19.38 | $387.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $586.49 | $12,977.70 |
| Employee Medicare | $63.66 | $1,280.76 |
| Social Security Employee Tax | $272.19 | $5,476.34 |
| PA State Income Tax | $134.29 | $2,701.91 |
| NEWTOWN | $43.74 | $880.05 |
| NEWTOWN TWP | $1.81 | $36.20 |
| COUNCIL ROCK SD-NEWTOWN BORO | $0.19 | $3.80 |
| PA Unemployment Employee | $2.77 | $55.40 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 130.0000 | 8.3072 | 102.3656 |
| Sick | 0.0000 | 2.1536 | 102.2976 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4360 | Checking | $2,992.17 |
| Total | | $2,992.17 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,631.30 | $4,113.23 | $1,105.14 | $533.99 | $2,992.17 |
| YTD | $92,626.06 | $82,789.66 | $23,412.16 | $10,154.80 | $59,059.10 |

Case 19-15699-elf   Doc 31   Filed 11/19/19   Entered 11/19/19 15:31:47   Desc Main
Document     Page 2 of 4

**UltiPro** by Ultimate Software

Chandler Hall Health Services Inc
99 Barclay Street
Newtown, PA 18940
215-497-0905

**Pay Statement**
Period Start Date 09/22/2019
Period End Date 10/05/2019
Pay Date 10/11/2019
Document 10658
Net Pay $2,992.18

## Pay Details

| Marie Lang | Employee Number | 007354 | Pay Group | Chandler Hall Pay Group | Federal Income Tax | M | 0 |
|---|---|---|---|---|---|---|---|
| 33 Meer Dr | SSN | XXX-XX-XXXX | Location | Newtown PA | Additional Federal Income Tax | | $100.00 |
| Northampton Twp, PA 19053 | Job | Dir Nursing | Division | CNHDI - Chandler Hall | PA State Income Tax (Residence) | S | 0 |
| USA | Pay Rate | $57.6923 | Department | HS - Health Services | PA State Income Tax (Work) | S | 0 |
| | Pay Frequency | Biweekly | Area-Service | SKLAS - Skilled Nursing | | | |
| | | | Unit | GENRUN - General / No Unit | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | | | $15.92 | $334.32 |
| PTO | 0.0000 | $0.0000 | $0.00 | $9,951.91 |
| Regular | 80.0000 | $57.6923 | $4,615.38 | $86,971.13 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k | Yes | $276.92 | $5,815.32 | $34.62 | $727.02 |
| Dental High | Yes | $53.66 | $1,126.86 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $15.92 | $334.32 | $0.00 | $0.00 |
| Medical | Yes | $175.00 | $3,150.00 | $495.11 | $10,922.31 |
| Vision | Yes | $12.49 | $262.29 | $0.00 | $0.00 |
| GTL and AD&D 2X | No | $0.00 | $0.00 | $19.38 | $406.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $586.49 | $13,564.19 |
| Employee Medicare | $63.65 | $1,344.41 |
| Social Security Employee Tax | $272.19 | $5,748.53 |
| PA State Income Tax | $134.29 | $2,836.20 |
| NEWTOWN | $43.74 | $923.79 |
| NEWTOWN TWP | $1.81 | $38.01 |
| COUNCIL ROCK SD-NEWTOWN BORO | $0.19 | $3.99 |
| PA Unemployment Employee | $2.77 | $58.17 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 130.0000 | 8.3072 | 110.6728 |
| Sick | 0.0000 | 2.1536 | 104.4512 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4360 | Checking | $2,992.18 |
| Total | | $2,992.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,631.30 | $4,113.23 | $1,105.13 | $533.99 | $2,992.18 |
| YTD | $97,257.36 | $86,902.89 | $24,517.29 | $10,688.79 | $62,051.28 |

**UltiPro** by Ultimate Software

Chandler Hall Health Services Inc
99 Barclay Street
Newtown, PA 18940
215-497-0905

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/06/2019 |
| Period End Date | 10/19/2019 |
| Pay Date | 10/25/2019 |
| Document | 10886 |
| Net Pay | $2,992.18 |

## Pay Details

| | | | |
|---|---|---|---|
| Marie Lang | Employee Number 007354 | Pay Group Chandler Hall Pay Group | Federal Income Tax  M  0 |
| 33 Meer Dr | SSN  XXX-XX-XXXX | Location  Newtown PA | Additional Federal Income Tax  $100.00 |
| Northampton Twp, PA 19053 | Job  Dir Nursing | Division  CNHDI - Chandler Hall | PA State Income Tax (Residence)  S  0 |
| USA | Pay Rate  $57.6923 | Department  HS - Health Services | PA State Income Tax (Work)  S  0 |
| | Pay Frequency  Biweekly | Area-Service  SKLAS - Skilled Nursing | |
| | | Unit  GENRUN - General / No Unit | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | | | $15.92 | $350.24 |
| PTO | 20.0000 | $57.6923 | $1,153.85 | $11,105.76 |
| Regular | 60.0000 | $57.6923 | $3,461.54 | $90,432.67 |

Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k | Yes | $276.92 | $6,092.24 | $34.62 | $761.64 |
| Dental High | Yes | $53.66 | $1,180.52 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $15.92 | $350.24 | $0.00 | $0.00 |
| Medical | Yes | $175.00 | $3,325.00 | $495.11 | $11,417.42 |
| Vision | Yes | $12.49 | $274.78 | $0.00 | $0.00 |
| GTL and AD&D 2X | No | $0.00 | $0.00 | $19.38 | $426.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $586.49 | $14,150.68 |
| Employee Medicare | $63.66 | $1,408.07 |
| Social Security Employee Tax | $272.19 | $6,020.72 |
| PA State Income Tax | $134.29 | $2,970.49 |
| NEWTOWN | $43.74 | $967.53 |
| NEWTOWN TWP | $1.81 | $39.82 |
| COUNCIL ROCK SD | $0.19 | $0.19 |
| COUNCIL ROCK SD-NEWTOWN BORO | $0.00 | $3.99 |
| PA Unemployment Employee | $2.77 | $60.94 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 150.0000 | 8.3072 | 98.9800 |
| Sick | 0.0000 | 2.1536 | 106.6048 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx4360 | Checking | $2,992.18 |
| Total | | $2,992.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,631.31 | $4,113.24 | $1,105.14 | $533.99 | $2,992.18 |
| YTD | $101,888.67 | $91,016.13 | $25,622.43 | $11,222.78 | $65,043.46 |

# UltiPro by ULTIMATE SOFTWARE

Chandler Hall Health Services Inc
99 Barclay Street
Newtown, PA 18940
215-497-0905

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/20/2019 |
| Period End Date | 11/02/2019 |
| Pay Date | 11/08/2019 |
| Document | 11115 |
| Net Pay | $2,977.61 |

## Pay Details

| | | | |
|---|---|---|---|
| Marie Lang | Employee Number 007354 | Pay Group Chandler Hall Pay Group | Federal Income Tax M 0 |
| 3601 Sterling Road | SSN XXX-XX-XXXX | Location Newtown PA | Additional Federal Income Tax $100.00 |
| Yardley, PA 19067 | Job Dir Nursing | Division CNHDI - Chandler Hall | PA State Income Tax (Residence) S 0 |
| USA | Pay Rate $58.8461 | Department HS - Health Services | PA State Income Tax (Work) S 0 |
| | Pay Frequency Biweekly | Area-Service SKLAS - Skilled Nursing | |
| | | Unit GENRUN - General / No Unit | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | | | $15.92 | $366.16 |
| PTO | 0.0000 | $0.0000 | $0.00 | $11,105.76 |
| Regular | 80.0000 | $58.8461 | $4,707.69 | $95,140.36 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $282.46 | $6,374.70 | $35.31 | $796.95 |
| 401k Loan 1 | No | $71.37 | $71.37 | $0.00 | $0.00 |
| Dental High | Yes | $53.66 | $1,234.18 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $15.92 | $366.16 | $0.00 | $0.00 |
| Medical | Yes | $175.00 | $3,500.00 | $495.11 | $11,912.53 |
| Vision | Yes | $12.49 | $287.27 | $0.00 | $0.00 |
| GTL and AD&D 2X | No | $0.00 | $0.00 | $19.38 | $445.74 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $605.58 | $14,756.26 |
| Employee Medicare | $65.00 | $1,473.07 |
| Social Security Employee Tax | $277.91 | $6,298.63 |
| PA State Income Tax | $137.12 | $3,107.61 |
| NEWTOWN | $44.67 | $1,012.20 |
| NEWTOWN TWP | $1.81 | $41.63 |
| COUNCIL ROCK SD | $0.19 | $0.38 |
| COUNCIL ROCK SD-NEWTOWN BORO | $0.00 | $3.99 |
| PA Unemployment Employee | $2.82 | $63.76 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 150.0000 | 8.3072 | 107.2872 |
| Sick | 0.0000 | 2.1536 | 108.7584 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4360 | Checking | $2,977.61 |
| Total | | $2,977.61 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,723.61 | $4,200.00 | $1,135.10 | $610.90 | $2,977.61 |
| YTD | $106,612.28 | $95,216.13 | $26,757.53 | $11,833.68 | $68,021.07 |