## Personal Earning Statement

**Harborview Rehabilitation And Care**
Harborview Rehab (Doylestown)
(718) 753-0603

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| ~~~~~~ | XXX-XX-8436 | 5 | 98257158 |

**MARIE LANG**
33 Meer Drive
Langhorne, PA 19053

Pay Period: From: 08/25/2019 To: 09/07/2019
Pay Date: 09/13/2019    Voucher No.    3001

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Diff $5 | | 08/31/2019 | | | 5.00 | | 26.25 |
| Regular | | 08/31/2019 | 07:03:00 AM | 09:15:00 PM | 40.00 | 14.25 | 570.00 |
| Diff $5 | | 09/02/2019 | | | 5.00 | | 33.75 |
| Holiday OT | | 09/02/2019 | | | 60.00 | 11.75 | 705.00 |
| Regular | | 09/02/2019 | 10:34:00 AM | 10:43:00 PM | 40.00 | 0.50 | 20.00 |
| Regular | | 09/07/2019 | 07:06:00 AM | 07:24:00 PM | 40.00 | 12.50 | 500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Current Hours | | 39.00 | Total Current Amount | | $1,855.00 |
| | | Total YTD Hours | | 564.00 | Total YTD Amount | | $24,585.00 |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 115.01 | 1,524.28 |
| Doylestown LST | Standard - 0 | | 2.00 | 38.00 |
| Medicare | | | 26.90 | 356.51 |
| Federal | Married - 1 | | 133.83 | 1,400.21 |
| PA State | Married - 1 | | 56.95 | 754.77 |
| DOYLESTOWN BORO | Married - 1 | | 18.55 | 245.87 |
| PA SUI EE | | | 1.11 | 14.76 |
| **Total Taxes** | | | 354.35 | 4,334.40 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 236082944 | XXXXXXXXX4360 | 1,500.65 |
| | **Total Direct Deposit** | | 1,500.65 |

**Net Pay**    $1,500.65

# THIS IS NOT A CHECK

**Personal Earning Statement** 

**Harborview Rehabilitation And Care**
Harborview Rehab (Doylestown)
(718) 753-0603

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| ~~98267159~~ | XXX-XX-8436 | 5 | 98257158 |

**MARIE LANG**
33 Meer Drive
Langhorne, PA  19053

Pay Period: From: 09/08/2019 To: 09/21/2019
Pay Date: 09/27/2019    Voucher No. 3094

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Regular | | 09/08/2019 | 07:23:00 AM | 03:30:00 PM | 40.00 | 8.00 | 320.00 |
| Regular | | 09/14/2019 | 07:15:00 AM | 07:18:00 PM | 40.00 | 12.00 | 480.00 |
| | | | Total Current Hours | | 20.00 | Total Current Amount | $800.00 |
| | | | Total YTD Hours | | 584.00 | Total YTD Amount | $25,385.00 |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 49.60 | 1,573.88 |
| Doylestown LST | Standard - 0 | | 2.00 | 40.00 |
| Medicare | | | 11.60 | 368.11 |
| Federal | Married - 1 | | 18.46 | 1,418.67 |
| PA State | Married - 1 | | 24.56 | 779.33 |
| DOYLESTOWN BORO | Married - 1 | | 8.00 | 253.87 |
| PA SUI EE | | | 0.48 | 15.24 |
| Total Taxes | | | 114.70 | 4,449.10 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 236082944 | XXXXXXXXX4360 | 685.30 |
| | Total Direct Deposit | | 685.30 |

| Net Pay | | | $685.30 |
|---|---|---|---|

# THIS IS NOT A CHECK

## Personal Earning Statement 

**Harborview Rehabilitation And Care**
Harborview Rehab (Doylestown)
(718) 753-0603

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 98257158 | XXX-XX-8436 | 5 | 98257158 |

**MARIE LANG**
33 Meer Drive
Langhorne, PA 19053

Pay Period: From: 09/22/2019 To: 10/05/2019
Pay Date: 10/11/2019    Voucher No. 3189

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| Diff $5 | | 09/28/2019 | | | 5.00 | | 22.50 | |
| Regular | | 09/28/2019 | 07:06:00 AM | 08:04:00 PM | 40.00 | 13.00 | 520.00 | |
| Diff $3 | | 10/05/2019 | | | 3.00 | | 0.75 | |
| Diff $5 | | 10/05/2019 | | | 5.00 | | 35.00 | |
| Regular | | 10/05/2019 | 07:19:00 AM | 11:21:00 PM | 40.00 | 16.00 | 640.00 | |
| | | Total Current Hours | | | 29.00 | Total Current Amount | | $1,218.25 |
| | | Total YTD Hours | | | 613.00 | Total YTD Amount | | $26,603.25 |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 75.53 | 1,649.41 |
| Doylestown LST | Standard - 0 | | 2.00 | 42.00 |
| Medicare | | | 17.66 | 385.77 |
| Federal | Married - 1 | | 60.29 | 1,478.96 |
| PA State | Married - 1 | | 37.40 | 816.73 |
| DOYLESTOWN BORO | Married - 1 | | 12.18 | 266.05 |
| PA SUI EE | | | 0.73 | 15.97 |
| Total Taxes | | | 205.79 | 4,654.89 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 236082944 | XXXXXXXXX4360 | 1,012.46 |
| | Total Direct Deposit | | 1,012.46 |

| Net Pay | | | $1,012.46 |
|---|---|---|---|

# THIS IS NOT A CHECK

**Personal Earning Statement** 

**Harborview Rehabilitation And Care**
Harborview Rehab (Doylestown)
(718) 753-0603

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 98257158 | XXX-XX-8436 | 5 | 98257158 |

MARIE LANG
33 Meer Drive
Langhorne, PA 19053

Pay Period: From: 10/06/2019 To: 10/19/2019
Pay Date: 10/25/2019    Voucher No. 3289

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| PTO | | 10/12/2019 | | | 40.00 | 8.00 | 320.00 | |
| Diff $5 | | 10/19/2019 | | | 5.00 | | 33.75 | |
| Regular | | 10/19/2019 | 07:06:00 AM | 10:46:00 PM | 40.00 | 15.50 | 620.00 | |
| | | Total Current Hours | | 23.50 | Total Current Amount | | | $973.75 |
| | | Total YTD Hours | | 636.50 | Total YTD Amount | | | $27,577.00 |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 60.37 | 1,709.78 |
| Doylestown LST | Standard - 0 | | 2.00 | 44.00 |
| Medicare | | | 14.12 | 399.89 |
| Federal | Married - 1 | | 35.84 | 1,514.80 |
| PA State | Married - 1 | | 29.89 | 846.62 |
| DOYLESTOWN BORO | Married - 1 | | 9.74 | 275.79 |
| PA SUI EE | | | 0.58 | 16.55 |
| | Total Taxes | | 152.54 | 4,807.43 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 236082944 | XXXXXXXXX4360 | 821.21 |
| | Total Direct Deposit | | 821.21 |

**Net Pay**    $821.21

# THIS IS NOT A CHECK

**Personal Earning Statement** 

**Harborview Rehabilitation And Care**
Harborview Rehab (Doylestown)
(718) 753-0603

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| [redacted] | XXX-XX-8436 | 5 | 98257158 |

MARIE LANG
33 Meer Drive
Langhorne, PA 19053

Pay Period: From: 10/20/2019 To: 11/02/2019
Pay Date: 11/08/2019    Voucher No. 3382

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Diff $3 | | 10/26/2019 | | | 3.00 | | 1.50 |
| Diff $5 | | 10/26/2019 | | | 5.00 | | 35.00 |
| Regular | | 10/26/2019 | 07:05:00 AM | 11:24:00 PM | 40.00 | 16.50 | 660.00 |
| Regular | | 10/27/2019 | 07:01:00 AM | 03:37:00 PM | 40.00 | 8.50 | 340.00 |

| | | | |
|---|---|---|---|
| Total Current Hours | 25.00 | Total Current Amount | $1,036.50 |
| Total YTD Hours | 661.50 | Total YTD Amount | $28,613.50 |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 64.26 | 1,774.04 |
| Doylestown LST | Standard - 0 | | 2.00 | 46.00 |
| Medicare | | | 15.03 | 414.92 |
| Federal | Married - 1 | | 42.11 | 1,556.91 |
| PA State | Married - 1 | | 31.82 | 878.44 |
| DOYLESTOWN BORO | Married - 1 | | 10.37 | 286.16 |
| PA SUI EE | | | 0.62 | 17.17 |
| **Total Taxes** | | | **166.21** | **4,973.64** |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 236082944 | XXXXXXXXX4360 | 870.29 |
| | **Total Direct Deposit** | | **870.29** |

| Net Pay | | | **$870.29** |
|---|---|---|---|

# THIS IS NOT A CHECK