UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
|    John P. Lang Jr. | : |
|    Marie D. Lang | : |
|                     Debtors | : |
| | : Bankruptcy No. 19-15699-ELF |
| | : |
| | : |
| | : Praecipe for Change of Address |
| | : |

## PRAECIPE TO CHANGE PETITIONERS' ADDRESS

**TO THE CLERK OF THE COURT:**

Kindly change Petitioners' address to:

    3601 Sterling Road
    Yardley, PA 19067

Date: 11/22/2019

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873