United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John P. Lang, Jr.  
Marie D. Lang  
    Debtors

Case No. 19-15699-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Jan 08, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 5 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.
```
db/jdb         +John P. Lang, Jr.,    Marie D. Lang,    3601 Sterling Road,    Yardley, PA 19067-5449
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:16      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:
```
              JEFFERY A. FOURNIER    on behalf of Debtor John P. Lang, Jr. jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net
              JEROME B. BLANK    on behalf of Creditor    PNC BANK, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

IN RE:
JOHN P. LANG, JR.                                BK. No. 19-15699-elf
A/K/A JOHN POWELL LANG, JR.
A/K/A JOHN P LANG                     :          Chapter No. 13
MARIE D. LANG                         :
A/K/A MARIE DOROTHY LANG
      **Debtors**               :
                                :
PNC BANK, N.A.                        :          11 U.S.C. §362
      **Movant**                :
      v.                        :
JOHN P. LANG, JR.                     :
A/K/A JOHN POWELL LANG, JR.           :
A/K/A JOHN P LANG                     :
MARIE D. LANG                         :
A/K/A MARIE DOROTHY LANG
      **Respondents**

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, this 7th day of January 2020, at **PHILADELPHIA**, upon Motion of **PNC BANK, N.A.** (Movant), it is:

     **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 33 MEER DR, LANGHORNE, PA 19053 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **PNC BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

     **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**