# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-15699-ELF

JOHN P. LANG, JR.
MARIE D. LANG
3601 STERLING ROAD

YARDLEY, PA 19067-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN P. LANG, JR.
    MARIE D. LANG
    3601 STERLING ROAD

    YARDLEY, PA 19067-

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

                                      /S/ William C. Miller

Date: 4/1/2020                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee