UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | JOHN P. LANG, | : | Chapter 13 |
| --- | --- | --- | --- |
| | MARIE D. LANG, | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-15699 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **March 31, 2020,** it is hereby **ORDERED** that:

1. **On or before April 14, 2020,** the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  March 31, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE