United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John P. Lang, Jr.  
Marie D. Lang  
    Debtors

Case No. 19-15699-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 02, 2020  
                      Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db/jdb       +John P. Lang, Jr.,    Marie D. Lang,    3601 Sterling Road,    Yardley, PA 19067-5449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Apr 03 2020 05:10:39     City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 05:10:18     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2020 05:10:33     U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 05:14:19     Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                            TOTAL: 4

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:  
       JEFFERY A. FOURNIER    on behalf of Debtor John P. Lang, Jr. jefffournier@verizon.net  
       JEFFERY A. FOURNIER    on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net  
       JEROME B. BLANK    on behalf of Creditor    PNC BANK, N.A. paeb@fedphe.com  
       KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association, et.al. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                      TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN P. LANG, | : | Chapter 13 |
| | MARIE D. LANG, | : | |
| | | : | |
| | Debtor | : | Bky. No.  19-15699 ELF |

## O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **March 31, 2020,** it is hereby **ORDERED** that:

1. **On or before April 14, 2020**, the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  March 31, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**