# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | | : Chapter 13 |
| John P. Lang | | : |
| Marie D. Lang | | : |
| | **Debtors** | : |
| | | : Bankruptcy No. 19-15699-ELF |
| | | : |
| | | : |
| | | : Praecipe to Withdrawal Objection to |
| | | : CLAIM #5 (Consumer Portfolio |
| | | : Services), Filed on 02/25/2020 |

## PRAECIPE TO WITHDRAWAL PROOF OF CLAIM
## CLAIM #5 (CONSUMER PORTFOLIO SERVICES), FILED ON FEBRUARY 25, 2020

**TO THE CLERK OF THE COURT:**

Kindly withdrawal Debtors' Objection to Consumer Portfolio Services' Proof of Claim #5 filed on February 25, 2020, Docket No. 45.

Date: 05/04/2020

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873