United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-15699-elf
John P. Lang, Jr.                                                   Chapter 13
Marie D. Lang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Jul 22, 2020
                              Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb        +John P. Lang, Jr.,   Marie D. Lang,   3601 Sterling Road,   Yardley, PA 19067-5449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                              Signature: _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          ANTHONY ST. JOSEPH    on behalf of Defendant    Internal Revenue Service
           anthony.stjoseph@usdoj.gov,   mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          JEFFERY A. FOURNIER    on behalf of Plaintiff John P. Lang, Jr. jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Debtor John P. Lang, Jr. jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Plaintiff Marie D. Lang jefffournier@verizon.net
          JEROME B. BLANK    on behalf of Creditor    PNC BANK, N.A. paeb@fedphe.com
          KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association, et.al.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: John P. Lang, Jr. and Marie D. Lang

           Debtor(s)                                    Chapter: 13

                                              Bankruptcy No: 19–15699–elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 21, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court