UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    John P. Lang, Jr.
    Maria D. Lang
                Debtors

: Chapter 13
:
:
:
: Bankruptcy No. 19-15699-ELF
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 06/12/2019 to 07/22/2020

## AFFIDAVIT

Debtors, John P. lang, Jr. and Maria D. lang, received and reviewed the Application for Compensation of Attorney Fees filed with the Court on July 23, 2020. After review of the Fee Application, we have no objection to the attorney fees and costs requested by Jeffery A. Fournier, Esquire.

Date: 8/14/20

_____
John P. Lang, Jr, Debtor

Date: 8/14/20

_____
Marie D. Lang, Debtor