UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>   John P. Lang Jr. &<br>   Maria D. Lang<br>                    Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 19-15699-ELF<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 06/12/2019 to 07/22/2020 |

## CERTIFICATION OF NO RESPONSE
## TO APPLICATION FOR ATTORNEY FEES

1) I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the Notice of the Application for Compensation of Attorney Fees by first class mail, postage prepaid and/or electronically on July 23, 2020 to all interested parties.

2) Over twenty (20) days have lapsed and no response was filed to the above referenced Application for Attorney Fees.

3) Applicant respectfully request that the Application for Attorney fees be granted.

Respectfully Requested.

/S/Jeffery A. Fournier, Esquire,  08/14/2020
Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873