United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John P. Lang, Jr.
Marie D. Lang
    Debtors

Case No. 19-15699-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Aug 18, 2020
                      Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db/jdb        +John P. Lang, Jr.,    Marie D. Lang,   3601 Sterling Road,   Yardley, PA 19067-5449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:52      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
      ANTHONY ST. JOSEPH    on behalf of Defendant    Internal Revenue Service
       anthony.stjoseph@usdoj.gov,   mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      JEFFERY A. FOURNIER    on behalf of Plaintiff John P. Lang, Jr. jefffournier@verizon.net
      JEFFERY A. FOURNIER    on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net
      JEFFERY A. FOURNIER    on behalf of Debtor John P. Lang, Jr. jefffournier@verizon.net
      JEFFERY A. FOURNIER    on behalf of Plaintiff Marie D. Lang jefffournier@verizon.net
      JEROME B. BLANK    on behalf of Creditor    PNC BANK, N.A. paeb@fedphe.com
      KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association, et.al.
       paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John P. Lang and : 
       Marie D. Lang : Chapter 13
: 
: 
Debtor(s) : Bky. No. 19-15699-ELF

ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $6,137.50 and reimbursement of expenses of $362.50.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation [and expense reimbursement] set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:  8/17/20

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE