Certificate Number: 05781-PAE-DE-036864693

Bankruptcy Case Number: 19-15699



05781-PAE-DE-036864693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2022</u>, at <u>3:12</u> o'clock <u>PM PDT</u>, <u>John Lang</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 28, 2022</u>         By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>