Certificate Number: 05781-PAE-DE-036864694

Bankruptcy Case Number: 19-15699



05781-PAE-DE-036864694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2022, at 3:12 o'clock PM PDT, Marie Lang completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 28, 2022             By:     /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:  President