UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  John P. Lang    Marie D. Lang
Bankruptcy No. 19-15699elf
Adversary No.
Chapter          13

Date:   10-5-22

To:         Jeffery A. Fournier

# NOTICE OF INACCURATE FILING

Re:  Motion to Modify Plan Post Confirmation & Notice of Motion

The above pleading was filed in this office on **10-3-22**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

                                      ***   Case Number incorrect

- (**X**) Debtor's name does not match case number listed, & incorrect Judge initials***
- ( ) Debtor's name and case number are missing
- ( ) Wrong PDF document attached
- ( ) PDF document not legible
- ( ) Notice of Motion/Objection
- ( ) Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Stacey D. ,
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04