| | |
|---|---|
| Pennsylvania Dept. of Rev.<br>bankruptcy Division<br>P.O.Box. 280946<br>Harrisburg, PA 17128 | Mail |
| Quantum3 Group LLC Agent<br>GPCC I LLC<br>O.O. Box 788<br>Kirkland, WA 98083-0788 | Mail |
| Capital One Bank, NA<br>4515 Santa Fe Ave.<br>Oklahoma, OK 73118 | Mail |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Mail & Electronic |
| Consumer Portfolio Services | Electronic |
| Midland Funding LLC<br>P.O. Box 2011<br>Warren , Mi 48090 | Mail |
| PNC Bank, N.A. | Electronic |