United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John P. Lang, Jr.  
Marie D. Lang  
    Debtors

Case No. 19-15699-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John P. Lang, Jr., Marie D. Lang, 3601 Sterling Road, Yardley, PA 19067-5449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Defendant Internal Revenue Service anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138FIN | Total Noticed: 3 |

JEFFERY A. FOURNIER
    on behalf of Plaintiff Marie D. Lang jefffournier@verizon.net

JEFFERY A. FOURNIER
    on behalf of Plaintiff John P. Lang Jr. jefffournier@verizon.net

JEFFERY A. FOURNIER
    on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net

JEFFERY A. FOURNIER
    on behalf of Debtor John P. Lang Jr. jefffournier@verizon.net

JEROME B. BLANK
    on behalf of Creditor PNC BANK N.A. jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor PNC Bank National Association, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John P. Lang, Jr. and Marie D. Lang
       Debtor(s)

Case No: 19−15699−elf

Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23

111 − 109
Form 138FIN