United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15699-elf |
| John P. Lang, Jr. | Chapter 13 |
| Marie D. Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John P. Lang, Jr., Marie D. Lang, 3601 Sterling Road, Yardley, PA 19067-5449 |
| 14493988 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Rd., Bristol, PA 19007-6902 |
| 14391256 | + | PNC BANK NATIONAL ASSOCIATION, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14387793 | | PNC Bank N.A., Tower of PNC Plaza, 500 Fifth Avenue, Pittsburgh, PA 15222 |
| 14399054 | + | PNC Bank, National Association, et.al., C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Ste. 1400, Philadelphia, PA 19103-1814 |
| 14398593 | | PNC Bank, National Association, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14405046 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14409642 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 13 2023 00:35:00 | Consumer Portfolio Services, P.O Box 57071, Irvine, CA 92619-7071 |
| 14387794 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14420158 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2023 00:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14387795 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | PA Dept. of Revenue, Bankruptcy Division, P. O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390771 | ^ | MEBN | Jan 13 2023 00:25:05 | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14428714 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC BANK, N.A., Attn: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14428690 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14391524 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

| 14403489 | | Email/Text: bnc-quantum@quantum3group.com | | |
| --- | --- | --- | --- | --- |
| | | | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14388341 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14387796 | ##+ | Consumer Portfolio Services, P. O. Box 98761, Phoenix, AZ 85038-0761 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023        Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Defendant Internal Revenue Service anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| JEFFERY A. FOURNIER | on behalf of Joint Debtor Marie D. Lang jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Debtor John P. Lang Jr. jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Plaintiff Marie D. Lang jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Plaintiff John P. Lang Jr. jefffournier@verizon.net |
| JEROME B. BLANK | on behalf of Creditor PNC BANK N.A. jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

THOMAS SONG
    on behalf of Creditor PNC Bank National Association, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John P. Lang, Jr. and Marie D. Lang
      Debtor(s)

Case No: 19−15699−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23

110 − 87
Form 138OBJ